## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VFB L.L.C., | : |
| Plaintiff, | : |
| v. | : CIVIL ACTION NO. 02-137 *** |
| CAMPBELL SOUP COMPANY, et al., | : |
| Defendants. | : |

### STIPULATION AND [PROPOSED] ORDER OF DISMISSAL (RE: D.I. 415)

This Stipulation (the "Stipulation") is entered by and among VFB L.L.C., a Delaware limited liability company ("VFB") and Campbell Soup Company, a New Jersey corporation, Campbell Investment Company, a Delaware corporation, Campbell Foodservice Company, a Pennsylvania corporation, Campbell Sales Company, a New Jersey corporation, Campbell Soup Supply Company LLC, a Delaware corporation, Joseph Campbell Company, a New Jersey corporation, Pepperidge Farm, Incorporated, a Connecticut corporation, and Campbell Soup Company, Ltd. (Canada), a Nova Scotia company (collectively, "Campbell").

WHEREAS, on January 29, 2001 (the "Petition Date"), VF Brands, Inc., Vlasic Foods International, Inc. and certain of their affiliates (collectively, "VFI" or the "Debtors"), filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Proceeding"), Case No. 01-00285 (Jointly Administered) in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"); and

WHEREAS, by Order dated November 16, 2001 (Docket No. 880), the Bankruptcy Court confirmed the Second Amended Joint Plan of Distribution of VF Brands, Inc. and Certain Affiliates (the "Plan"); and

WHEREAS, under the Plan, VFB is the successor to the Debtors and is authorized to settle disputed claims in compliance with the terms of the Plan; and

WHEREAS, VFB commenced an action by filing a Complaint against Campbell in the United States District Court for the District of Delaware, which action was docketed as Case No. 02-137 (KAJ), seeking avoidance and recovery of alleged transfers made by VFI to Campbell prior to the Petition Date (the "Transfer Litigation"); and

WHEREAS, Campbell prevailed in the Transfer Litigation and on or about October 11, 2007, filed its Motion of Defendants, Campbell Soup Co., et al., to Review and Reverse the Order of the Clerk of Court Denying the Taxation of Costs and to Tax Costs in Favor of Defendants as the Prevailing Parties [Docket No. 415] (the "Cost Motion"), its Memorandum of Law [Docket No. 416], and the Affidavit of Mary Ann Mullaney [Docket No. 417] in support thereof (collectively, the "Bill of Cost Proceeding") to which VFB has objected [Docket No. 419]; and

WHEREAS, VFB and Campbell have conducted settlement discussions in good faith with respect to the Bill of Cost Proceeding and other matters pending before the Bankruptcy Court; and

WHEREAS, VFB and Campbell each wish to avoid the costs and uncertainties of litigating, *inter alia*, the Bill of Cost Proceeding;

WHEREAS, VFB desires to preserve the remaining assets of the bankruptcy estate by minimizing litigation costs; and

WHEREAS, VFB and Campbell each desire to resolve all disputes between them relating to, *inter alia*, the Bill of Cost Proceeding on the terms and conditions set forth herein;

WHEREAS, VFB has filed in the Bankruptcy Court notice of its service upon interested creditors of the Stipulation Resolving Proofs of Claim and Agreement of Settlement and Release between VFB and Campbell, and Campbell has irrevocably received the proceeds of the

settlement amount;

WHEREAS, under Article VI.C.1 of the Plan, VFB's Manager is authorized to settle disputed claims in an amount of $1,000,000 or more upon approval of the terms of the settlement by a majority of VFB's Managing Board; and

WHEREAS, VFB represents and warrants that such approval of the within settlement by a majority of VFB's Managing Board has been duly obtained;

NOW, THEREFORE, Campbell and VFB hereby stipulate and agree that:

Campbell hereby withdraws the Cost Motion, the Memorandum of Law, and the Affidavit of Mary Ann Mullaney, the withdrawal of which shall constitute a dismissal of the Bill of Cost Proceeding; and

Such withdrawal and dismissal of the Bill of Cost Proceeding is to be with prejudice to refiling.

Respectfully submitted,

Dated: July 31, 2008

By _____
James J. Maron (I.D. No. 2502)
**Maron & Marvel, P.A.**
1300 North Broom Street
P. O. Box 288
Wilmington, DE 19899
Telephone: 302-425-5177
Facsimile: 302-425-0180

Robin Russell
**Andrews Kurth LLP**
600 Travis, Suite 4200
JP Morgan Chase Tower
Houston, Texas 77002
Telephone: 713-220-4200
Facsimile: 713-220-4285

*Attorneys for VFB L.L.C.*

– and –

*[signature: Dale R. Dubé]*

Dale R. Dubé (I.D. No. 2863)
**Blank Rome LLP**
1201 Market Street, Suite 800
Wilmington, DE 19801
Telephone: 302-425-6400
Facsimile: 302-425-6464

David C. Bryan
**Wachtell, Lipton, Rosen & Katz**
51 West 52nd Street
New York, New York 10019
Telephone: 212-403-1353
Facsimile: 212-403-2353

*Attorneys for Campbell Soup Company, Campbell Investment Company, Campbell Foodservice Company, Campbell Sales Company, Campbell Soup Supply Company LLC, Joseph Campbell Company, Pepperidge Farm, Incorporated and Campbell Soup Company, Ltd. (Canada)*

SO ORDERED this __31__ day of __July__, 2008.

*[signature]*
United States ~~District Court~~ ~~Judge~~ Magistrate